UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALLEN MURRELL,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF RIVERSIDE, ET AL.,<br><br>    Defendants. | No. ED CV 24-1351-AH(E)<br><br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:  DECEMBER 23, 2024

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE